**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-7052**

———

MARK STEVEN MYERS,

Petitioner - Appellant,

versus

MARCUS HUGHES,

Respondent - Appellee.

———

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CA-01-88-HC-BR)

———

Submitted:  December 12, 2002      Decided:  January 3, 2003

———

Before WILKINS, TRAXLER, and KING, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

Mark Steven Myers, Appellant Pro Se.  Clarence Joe DelForge, III,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Steven Myers, a state prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude on the reasoning of the district court that Myers has not made a substantial showing of the denial of a constitutional right. <u>See</u> <u>Myers v. Hughes</u>, No. CA-01-88-HC-BR (E.D.N.C. May 20, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2